IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Albert S. Kelly, #277334,<br>a/k/a Albert Santanieyo Kelly,<br><br>     Plaintiff,<br><br>vs.<br><br>Major Dennis Butch; Warden McCall, Jr.;<br>Warden Joseph Claytor; Warden Florence<br>Mauney; Beverly Woods; Drake Stoney;<br>Corretta Brown; South Carolina Department<br>of Corrections,<br><br>     Defendants. | C/A No.: 4:12-cv-2146-TLW-TER |

## ORDER

Pursuant to the Plaintiff's Motion to Dismiss Without Prejudice (Doc. # 41) and the Defendants' Response Consenting to Motion to Dismiss (Doc. # 42), it is hereby **ORDERED** that the case is **DISMISSED** *without prejudice* at the Plaintiff's request.

**IT IS SO ORDERED**.

                  s/Terry L. Wooten
                  United States District Judge

January 24, 2013
Florence, South Carolina