450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Albert S. Kelly, aka Albert Santenieyo Kelly | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.:  4:12-cv-2146-TLW |
| | ) | |
| Major Dennis Butch, et al | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is DISMISSED without prejudice .

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief Judge Terry L. Wooten..

Date:   January 24, 2013

*CLERK OF COURT*

s/Debbie Stokes
Deputy Clerk