450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Albert S. Kelly, aka Albert Santenieyo Kelly <br> *Plaintiff* <br> v. <br> Major Dennis Butch, et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No.:   4:12-cv-2146-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is DISMISSED without prejudice .

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Terry L. Wooten..

Date:   January 24, 2013                                              *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                                    Deputy Clerk