THE UNITED STATES DISTRICT COURT
FLORENCE DIVISION THE DISTRICT OF SOUTH CAROLINA

**DENIED**

Terry L. Wooten  4/18/13
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

Albert S. Kelly #277334
SMU South #177
Lee Correctional Institution
990, Wisacky Hwy
Bishopville, S.C. 29010
Plaintiff, V.S.

Butch et al, All In
                Defendants

Case# 4:12-cv-2146-TLW

Motion For Reconsideration ORDER Refusing Continuance

1 of 4

Date: April 4, 2013

On January 2013 Plaintiff filed a motion to have his pro-se lawsuit dismissed without prejudice — However on another date Plaintiff requested to continue the litigation — Plaintiffs request to continue the litigation was denied by order on March 25, 13 by Judge Terry L. Wooten — Plaintiff contends that the lawsuit was voluntary dismissed related to Plaintiffs insufficient mind state at that time, also related to the promises and trickery tactics also coercion and reverse sycology tactics used by the defendants in order that Plaintiff would dismiss this suit →